# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooke, Marcia G. | USDC So. District of Florida | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

400 North Miami Avenue
Suite 11-2
Miami, FL 33128-1810

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Miami Federal Credit Union |
| 2. | Member | Miami Dade Criminal Justice Council |
| 3. | Board of Directors | Brickell Avenue Literary Society |
| 4. | Member | Florida International University Vice Provost's Council Executive Committee |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2014 | University of Miami School of Law - teaching | $3,000.00 |
| 3. | 2014 | St. Thomas University School of Law - teaching | $10,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yeshiva University | 01/03/2014 - 01/09/2014 | New York, NY | Visiting Instructor | Transportation, food, lodging |
| 2. | Administrative Office U.S. Courts | 06/19/2014 - 06/21/2014 | Hutchinson Island, FL | FPD/CJA Conference | Transportation, food, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase Bank | Mortgage | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank (IRA) | A | Dividend | J | T | | | | | |
| 2. -Fidelity Advisor Technology | | | | | | | | | |
| 3. -Janus Fund Inc. | | | | | | | | | |
| 4. -Putnam International Equity | A | Dividend | J | T | | | | | |
| 5. State of Florida Deferred Compensation Plan | A | Dividend | J | T | | | | | |
| 6. -American Funds/Washington Mutual | | | | | | | | | |
| 7. -Dreyfus Appreciation Fund | | | | | | | | | |
| 8. -Janus Growth & Income Fund | | | | | | | | | |
| 9. Life Insurance (CNA) | A | Dividend | L | T | | | | | |
| 10. Brokerage Account #1 | | | | | | | | | |
| 11. -Costco Wholesale Corp. | A | Dividend | J | T | Buy (add'l) | 01/07/14 | J | | |
| 12. | | | | | Sold (part) | 01/13/14 | J | | |
| 13. | | | | | Distributed (part) | 02/28/14 | J | | |
| 14. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 15. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 16. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 17. | | | | | Distributed (part) | 05/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 19. | | | | | Distributed (part) | 07/25/14 | J | | |
| 20. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 21. | | | | | Buy (add'l) | 10/07/14 | J | | |
| 22. | | | | | Distributed (part) | 11/28/14 | J | | |
| 23.   -Kohls Corp. | A | Dividend | | | Distributed (part) | 03/26/14 | J | | |
| 24. | | | | | Distributed (part) | 06/25/14 | J | | |
| 25. | | | | | Distributed (part) | 09/24/14 | J | | |
| 26. | | | | | Distributed (part) | 12/24/14 | J | | |
| 27.   -Target Corp. | A | Dividend | J | T | Distributed (part) | 03/10/14 | J | | |
| 28. | | | | | Distributed (part) | 06/10/14 | J | | |
| 29. | | | | | Distributed (part) | 09/10/14 | J | | |
| 30. | | | | | Distributed (part) | 12/10/14 | J | | |
| 31.   -Fedex | A | Dividend | J | T | Distributed (part) | 01/02/14 | J | | |
| 32. | | | | | Distributed (part) | 04/01/14 | J | | |
| 33. | | | | | Distributed (part) | 07/03/14 | J | | |
| 34. | | | | | Distributed (part) | 10/01/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    -Apple | A | Dividend | J | T | Sold (part) | 01/06/14 | J | | |
| 36. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 37.    -Nextera Energy, Inc. | A | Dividend | J | T | Distributed (part) | 03/17/14 | J | | |
| 38. | | | | | Distributed (part) | 06/16/14 | J | | |
| 39. | | | | | Distributed (part) | 09/15/14 | J | | |
| 40. | | | | | Distributed (part) | 12/15/14 | J | | |
| 41.    -Berkshire Hathaway Inc. | A | Dividend | J | T | | | | | |
| 42.    -General Motors | A | Dividend | J | T | Distributed (part) | 03/28/14 | J | | |
| 43. | | | | | Distributed (part) | 06/26/14 | J | | |
| 44. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 45. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 46. | | | | | Distributed (part) | 09/26/14 | J | | |
| 47. | | | | | Distributed (part) | 12/23/14 | J | | |
| 48.    -Dunkin Brands Group | A | Dividend | J | T | Distributed (part) | 03/19/14 | J | | |
| 49. | | | | | Distributed (part) | 06/04/14 | J | | |
| 50. | | | | | Distributed (part) | 09/03/14 | J | | |
| 51. | | | | | Distributed (part) | 12/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Ford Motor Company | A | Dividend | J | T | Distributed (part) | 03/03/14 | J | | |
| 53. | | | | | Distributed (part) | 06/02/14 | J | | |
| 54. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 55. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 56. | | | | | Distributed (part) | 09/02/14 | J | | |
| 57. | | | | | Distributed (part) | 12/01/14 | J | | |
| 58.   -Starbucks Corp. | A | Dividend | J | T | Buy | 10/08/14 | J | | |
| 59. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 60. | | | | | Distributed (part) | 11/28/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS - Line 28 of 2013 report indicated Microsoft as Sold (part). It should have been a total sale. It is therefore not included on the 2014 report.

VII. INVESTMENTS AND TRUSTS - Line 31 of 2013 report indicated Apple as Sold. It should have been listed as Sold (part). It is therefore included on the 2014 report.

VII. INVESTMENTS AND TRUSTS - Line 35 of 2013 report indicated Arcos Dorados Holdings as Sold (part). It should have been listed as Sold. It is therefore not included on the 2014 report.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cooke, Marcia G. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marcia G. Cooke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544